UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  2:02-cr-00355-GEB |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| MIGUEL ANGEL VALDOVINOS, | |
| Defendant. | |

    Defendant filed a motion, in propria persona, in which he seeks to reduce his sentence under 18 U.S.C. § 3582(c). (Def.'s Mot., ECF No. 123.) The Office of the Federal Defender filed a notice recommending counsel not be appointed to assist Defendant with that motion, (ECF No. 124), and the government was ordered to file a response to Defendant's motion no later than September 21, 2015. (Minute Order, ECF No. 125.) The government has not yet responded to the motion.

    Therefore, the government is Ordered to Show Cause ("OSC") in a writing to be filed no later than February 29, 2016, why sanctions should not be imposed against it for its failure to timely file a response as ordered.

1

1    Further, the government shall file a response to
2 Defendant's motion no later than twenty days after this order is
3 filed.
4 Dated:  February 17, 2016

```
                                    _____
                                    GARLAND E. BURRELL, JR.
                                    Senior United States District Judge
```